UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 16-61404-Civ-COOKE/WHITE

NORMAN E. ROBINSON,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING CERTIFICATE OF APPEALABILITY

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 3). On January 31, 2017, Judge White issued a Report of Magistrate Judge ("Report") (ECF No. 23) recommending that Norman E. Robinson's Motion for Relief (ECF No. 1) be denied as both an unauthorized successive 28 U.S.C. § 2255 petition and as an inappropriate attempt to circumvent the bar to successive petitions by seeking relief pursuant to Federal Rule of Civil Procedure 60(b).

Robinson did not file objections to the Report, and the time to do so has passed. I have considered Judge White's Report, and have made a *de novo* review of the record. I find Judge White's Report clear, cogent, and compelling.

It is **ORDERED and ADJUDGED** that Judge White's Report of Magistrate Judge (ECF No. 23) is **AFFIRMED and ADOPTED**. Accordingly, the Motion for Relief (ECF No. 1) is **DENIED**. The Clerk is directed to **CLOSE** this case.

It is **FURTHER ORDERED and ADJUDGED** that Petitioner has not demonstrated that "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003); *accord Lott v. Attorney Gen., Fla.*, 594 F.3d 1296, 1301 (11th Cir. 2010) (explaining that a "petitioner need not show he will ultimately succeed on appeal" in order to warrant a certificate of appealability).

Accordingly, this Court **DENIES** a Certificate of Appealability in this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 24th day of February 2017.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Counsel of record*