UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-Civ-61401-COOKE
(Case No. 95-06031-COOKE)

NORMAN ROBINSON,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND STAYING CASE

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 6). On January 31, 2017, Judge White issued a Report of Magistrate Judge (ECF No. 8) recommending that (1) this § 2255 proceeding be stayed pending the Supreme Court's decision in *Beckles v. United States*, 136 S. Ct. 2510 (2016); (2) no certificate of appealability issue; and (3) this case be administratively closed, with instructions to the parties to file a notice with this court within thirty days of the issuance of the Supreme Court's *Beckles* decision so that the matter can be reopened. The parties had through and including February 14, 2017 to file any objections to Judge White's Report and none have been filed.

I have considered Judge White's Report, the relevant legal authorities, and have made a *de novo* review of the record. I find Judge White's Report clear, cogent, and compelling. As such, it is **ORDERED and ADJUDGED** that Judge White's Report (ECF No. 8) is **AFFIRMED and ADOPTED**. This matter shall be **STAYED** pending the U.S. Supreme Court's decision in *Beckles v. United States*, 136 S. Ct. 2510 (2016). Parties shall immediately notify this Court once the U.S. Supreme Court has issued its opinion in *Beckles*. No certificate of appealability shall issue in this case. In the interim, the Clerk shall *administratively* **CLOSE** this case.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 27th day of February 2017.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Counsel of Record*